UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:   CASE NO. 16-80063 JJG-13
THOMAS LYNN ABNER and
MONICA ANNETTE ABNER,
    Debtor(s).

TRUSTEE'S OBJECTION TO CLAIM #6
AND NOTICE OF RESPONSE DEADLINE

Donald L. Decker, the Chapter 13 Standing Trustee, files this Objection to Claim #6 filed by Federal National Mortgage Association ("Fannie Mae") c/o Seterus, Inc., pursuant to Fed.R.Bankr.P. 3007(a).

1. The Claim filed on May 17, 2016, in the amount of $44,579.94, asserts a secured claim on property in the amount of $44,579.94.

2. The Plan provides for a secured claim in the amount of $20,000.00.

3. The Trustee proposes to pay the amount of $20,000.00 as a secured claim, and pay the remaining $24,579.94 as a nonpriority unsecured deficiency.

NOTICE: **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before **April 20, 2017**, (30 days from the date of service), you or your lawyer must file a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

    352 Federal Building
    101 NW M.L. King, Jr. Blvd.
    Evansville, IN 47708

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

If you or your attorney do not take these steps, the court may decide you do not oppose an order affecting your claim.

WHEREFORE, the Trustee moves the Court for an Order disallowing the claim as filed.

Dated: March 21, 2017

    /s/  Donald L. Decker
Donald L. Decker, Chapter 13 Trustee
PO Box 9237
Terre Haute, IN 47808-9237
Phone:  (812) 234-2600
Fax:  (812) 234-2666
E-mail:  ddecker@decker13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, a copy of the foregoing Trustee's Objection to Claim #6 and Notice of Response Deadline was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

John T. McManus, jtmlaw@hotmail.com
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
Jennifer R. Watkins, jwatkins@indylegal.com

I further certify that on March 21, 2017, a copy of the foregoing Trustee's Objection to Claim #6 and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Thomas and Monica Abner
540 E Co Rd 825 N
Bainbridge, IN 46105

FNMA c/o Seterus
PO Box 1047
Hartford, CT 06143

    /s/  Donald L. Decker
Donald L. Decker