SO ORDERED: April 21, 2017.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:                                            CASE NO. 16-80063 JJG-13
THOMAS LYNN ABNER and
MONICA ANNETTE ABNER,
        Debtor(s).

<u>ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #6</u>

This matter came before the Court, pursuant to notice, to consider Trustee's

Objection to Claim #6 filed by Federal National Mortgage Association ("Fannie Mae")

c/o Seterus, Inc..  After reviewing the Trustee's objection and representations set forth

therein, and no response having been filed, the Court finds that the Trustee's Objection

should be sustained.

        THEREFORE IT IS,

        ORDERED that claim #6 in the amount of $44,579.94 should be and hereby is

disallowed as filed.  Upon the recommendation of the Trustee, said claim shall be

allowed with a secured portion in the amount of $20,000.00, and the remaining

$24,579.94 shall be allowed as a nonpriority unsecured deficiency.

                                        ###