B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF INDIANA

In re:  THOMAS LYNN ABNER                                         Case No.   16-80063
        MONICA ANNETTE ABNER

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | Federal National Mortgage Association (Fannie Mae) creditor c/o Seterus, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #:8101

Court Claim # (if known):5-1
Amount of Claim: $46382.38
Date Claim Filed: 05/05/2016

Phone:
Last Four Digits of Acct. #: 3243

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 8101

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat
    AIS Portfolio Services, LP as agent                    Date 04/05/2018
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.